OPINION — AG — ** MORTGAGE — OIL AND GAS LEASES — MORTGAGE TAX ** THE MORTGAGE ON AN OIL AND GAS LEASE IS 'NOT' SUBJECT TO MORTGAGE TAX UNDER THE PROVISIONS OF 68 O.S. 1171 [68-1171], 68 O.S. 1182 [68-1182] (REAL ESTATE MORTGAGE) CITE: 68 O.S. 1171 [68-1171], 68 O.S. 1173 [68-1173] [68-1173], 68 O.S. 1179 [68-1179] OPINION NO. DECEMBER 24, 1930 — ROGERS, OPINION NO. JULY 11, 1033 — HIRSCHI, 16 O.S. 15 [16-15], 12 O.S. 706 [12-706] [12-706] (LIEN TO THE JUDGEMENT OF THE CREDITOR) (JAMES P. GARRETT)